IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROGER LEE BAKER JR., | * |
| Petitioner, | * |
| v. | Case No.  4:24-cv-139 (CDL) |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Talbot County, Georgia.

This 12th day of March 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk